UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
DONNA HEDGES, *on behalf of herself and all others similarly situated*,

                     Plaintiffs,

           -against-

EVERGLADES COLLEGE, INC.,

                     Defendant.

------------------------------------ x

ORDER

20 Civ. 5829 (GBD)



GEORGE B. DANIELS, United States District Judge:

      This Court having been advised that the parties have reached agreement on all issues in this matter, the Clerk of Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's docket if an application to restore is made within thirty (30) days.

      All conferences previously scheduled are adjourned *sine die*.

Dated: February 3, 2021
      New York, New York

SO ORDERED.

GEORGE B. DANIELS
United States District Judge